# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARITZA ORENGO and EDWIN ORENGO,<br><br>Plaintiffs<br><br>v.<br><br>SPEEDWAY LLC; SPEEDWAY #6772;<br>HESS RETAIL STORES LLC; and<br>HESS RETAIL OPERATIONS LLC<br><br>Defendants. | CIVIL ACTION NO.<br>18-0657 |

FILED

OCT 31 2019

KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 31st day of October, 2019, upon consideration of Defendant's Motion for Summary Judgement (ECF No. 29) filed October 11, 2019, and upon consideration of Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 43) filed October 21, 2019,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

_____
HENRY S. PERKIN
United States Magistrate Judge