# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARITZA ORENGO and EDWIN ORENGO, <br><br> Plaintiffs, <br> v. <br><br> SPEEDWAY LLC; SPEEDWAY #6772; <br> HESS RETAIL STORES LLC; and <br> HESS RETAIL OPERATIONS LLC <br><br> Defendants. | CIVIL ACTION NO. <br> 18-0657 |

## ORDER

**AND NOW**, this 25th day of January, 2021, **IT IS ORDERED** as follows:

1. The Clerk of Court shall **TRANSER** the above-captioned action to the **Civil Suspense Docket** and **MARK** the case **CLOSED for statistical purposes**;

2. The Court shall **RETAIN** jurisdiction over the case and shall **RETURN** it to the Court's active docket once the case is ready to proceed to final disposition;

3. The entry of this Order is **without prejudice** to the rights of the parties; and

4. All previously set deadlines and directives remain in effect.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge